# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC USA INC. ET AL, | § | |
| *Plaintiffs*, | § | 2:16-cv-00992-JRG |
| v. | § | LEAD CASE |
| MOTOROLA MOBILITY LLC, | § | |
| AVAYA INC., | § | 2:16-cv-00777-JRG |
| SHORETEL, INC., | § | 2:16-cv-00779-JRG |
| HTC AMERICA, INC., | § | 2:16-cv-00989-JRG |
| KYOCERA AMERICA, INC. ET AL, | § | 2:16-cv-00990-JRG |
| ZTE (USA), INC. ET AL, | § | 2:16-cv-00993-JRG |
| HUAWEI DEVICE USA, INC. ET AL, | § | 2:16-cv-00994-JRG |

*Defendants*.

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW COUNSEL

Before the Court is Plaintiffs Uniloc USA, Inc.'s and Uniloc Luxembourg, S.A.'s (together, "Uniloc") Unopposed Motion to Withdraw Counsel (Dkt. No. 114), which seeks to withdraw Craig Tadlock of Tadlock Law Firm PLLC as an attorney of record for Uniloc and remove him from the CM/ECF electronic service list in this case. Having considered the motion, the Court is of the opinion that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that Craig Tadlock of Tadlock Law Firm PLLC is hereby withdrawn as attorney of record for Plaintiffs in the above referenced matter. The Clerk is directed to discontinue all CM/ECF notices in this matter as to Craig Tadlock.

**So ORDERED and SIGNED this 24th day of March, 2017.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE